WALKER GRAIN CO. v. GREGG GRAIN CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 8, 1919.) No. 3345. Petition to Superintend and Revise from the District Court of the United States for the Northern District of Texas; Edward R. Meek, Judge. The Gregg Grain Company and others filed an involuntary petition against the Walker Grain Company, and, the prayer for appointment of a receiver having been granted, the Walker

Grain Company petitions to superintend and revise. Petition denied. See. also. Walker Grain Co. v. Blair Elevator Co., 254 Fed. 422, 166 C. C. A. 54. William H. Slay, U. M. Simon, Mike E. Smith, and Theodore Mack, all of Ft. Worth, Tex., for petitioner. Stanley Boykin, of Ft. Worth, Tex., for respondents. Before WALKER, Circuit Judge, and FOSTER and GRUBB, District Judges.

PER CURIAM. This is a petition to superintend and revise the action of the court in approving and confirming an order of the referee, made on the application of alleged creditors who filed an involuntary petition in bankruptcy against Walker Grain Company, a corporation, for the appointment of a receiver of the assets of the alleged bankrupt. The certificate of the referee showed that on the hearing before him of the application for the appointment of a receiver a state of facts was disclosed which fully justified the granting of the relief sought by the petitioning creditors as a means of preserving the assets of the alleged bankrupt. There is no merit in any of the grounds upon which the decree of the court confirming the order of the referee is complained of. The petition is denied.